John W. Davis, State Bar #200113
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorney for Objector
Dave Denny

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMBIZ BATMANGHELICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC. and STREAM INTERNATIONAL, INC.<br><br>Defendants. | **CASE NO. CV 09-9190 VBF(JCx)**<br><br>**DECLARATION OF DAVE DENNY**<br><br>Date: September 12, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Valerie Baker Fairbank<br>Courtroom: Dept. 9<br>312 N. Spring St.<br>Los Angeles, CA 90012 |

Dave Denny hereby affirms:

1. I am, and at all times relevant to this matter was, a resident of the State of California.

2. My counsel in this matter is John William Davis. I may be contacted through counsel at Law Office of John W. Davis, 501 W. Broadway, Suite 800, San Diego, CA 92101; telephone (619) 400-4870.
3. I received the Notice of Class Action Settlement ("Notice") in the above-referenced case. After receiving the Notice, I contacted my counsel to discuss certain questions and concerns I had with the Notice.
4. Subsequent to my discussion with counsel, I decided to express my concerns to the Court. Those concerns are reflected in my Objection to Proposed Settlement and Notice of Intent to Appear. I reviewed the Objection before it was filed, and it was filed with my consent.
5. Based on my review of the Notice, I confirm and verify that I am a member of the class. I fit at least one of the three class member categories enumerated in the Notice. More specifically, during the time period spanning July 13, 2006 through November 17, 2009, I placed one or more telephone calls to Sirius Satellite Radio and spoke with a representative who did not inform me that the call may be recorded or monitored.
6. The last four digits of my Sirius account number are 4213. Any additional information required to process my claim may be obtained from my counsel at the above-referenced telephone number.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed this 28 day of July, 2011, in San Diego, California.

Dave Denny