John W. Davis (CA Bar #200113)
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorney for Objector
Dave Denny

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMBIZ BATMANGHELICH, et al., | **CASE NO.  CV 09-9190 VBF(JCx)** |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| SIRIUS XM RADIO INC. and STREAM INTERNATIONAL, INC. | |
| Defendants. | |

1  Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Class member
2  Dave Denny hereby appeals to the United States Court of Appeals for the Ninth
3  Circuit from the Final Order Approving Class Action Settlement and Judgment
4  [Doc. 89] entered September 15, 2011 and associated minute orders including the
5  amending order entered on September 16, 2011 [Doc. 90].

Dated:  October 10, 2011          LAW OFFICE OF JOHN W. DAVIS

                                  By: /s/ John W. Davis                    .
                                      John W. Davis
                                      Counsel for Dave Denny