John W. Davis (CA Bar #200113)
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorney for Objector
Dave Denny

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMBIZ BATMANGHELICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC. and STREAM INTERNATIONAL, INC.<br><br>Defendants. | **CASE NO.  CV 09-9190 VBF(JCx)**<br><br>**REPRESENTATION STATEMENT**<br><br>(Circuit Rule 3-2) |

The undersigned represents Objector/Appellant Dave Denny. The attached list shows the parties to this appeal and their respective counsel identified by name, firm address, email address, and telephone and facsimile numbers as required by Ninth Circuit Rule 3-2.

Dated: October 10, 2011            LAW OFFICE OF JOHN W. DAVIS

                                   By: /s/ John W. Davis                .
                                       John W. Davis
                                       Counsel for Dave Denny

# **LIST OF REPRESENTED PARTIES**

| **PARTY** | **COUNSEL** |
|---|---|
| Objector / Appellant Dave Denny | John W. Davis<br>Email: john@johnwdavis.com<br>LAW OFFICE OF JOHN W. DAVIS<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Tel.: (619) 400-4870<br>Fax: (619) 342-7170 |
| Appellee / Plaintiff<br>Kambiz Batmanghelich | Kenneth S. Gaines<br>ken@gaineslawfirm.com<br>Daniel F. Gaines<br>daniel@gaineslawfirm.com<br>GAINES & GAINES, APLC<br>21550 Oxnard Street, Suite 980<br>Woodland Hills, CA 91367<br>Tel.: (818) 703-8985<br>Fax: (818) 703-8984 |
| Appellee / Plaintiff<br>Kambiz Batmanghelich | Scott A. Miller<br>Steven L. Miller<br>scott.miller@smillerlawoffices.com<br>LAW OFFICES OF SCOTT A. MILLER, APC<br>16133 Ventura Blvd., Ste. 645<br>Encino, CA 91436<br>Tel.: (818) 788-8081<br>Fax: (818) 788-8080 |

1
2
3  Defendant / Appellee                Edward D. Totino
4  Stream International, Inc.          edward.totino@dlapiper.com
                                       DLA Piper LLP (US)
5                                      1999 Avenue of the Stars, Suite 400
                                       Los Angeles, CA  90067
6                                      Tel.: (310) 595-3025
                                       Fax:  (310) 595-3325
7
8
9  Defendant / Appellee                Trenton H. Norris
10 Sirius XM Radio, Inc.               trent.norris@aporter.com
                                       ARNOLD & PORTER LLP
11                                     One Embarcadero Center, 22nd Floor
                                       San Francisco, CA  94111
12                                     Tel: (415) 356-3040
                                       Fax:  (415) 356-3099
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28