Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objectors Michelle Melton and Edmund F. Bandas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMBIZ BATMANGHELICH, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation, STREAM INTERNATIONAL INC., a Delaware corporation, and DOES 3 through 50, inclusive,<br><br>Defendants. | Case No. 09-cv-9190-VBF (JCx)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that MICHELLE MELTON and EDMUND F. BANDAS, Objectors, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Order Approving Class Action Settlement and Judgment [Doc 89] entered on September 15, 2011, and associated minute orders [Doc 88], including the amended minute order [Doc 90] entered on September 16, 2011.

Dated:   October 13, 2011            By: ____/s/ Darrell Palmer_____
                                         Darrell Palmer
                                         Attorney for Objectors,
                                         Michelle Melton and Edmund F. Bandas

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC CM/ECF system,.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Kenneth S Gaines
Gaines and Gaines APLC
21550 Oxnard Street Suite 980
Woodland Hills, CA 91367

                    ___/s/ Darrell Palmer____
                    Darrell Palmer
                    Attorney for Plaintiff