EDMUND F. BANDAS
200 Lake Road, #1008
Belton, Texas 76513



United States District Court
312 N. Spring St.
Attention: Room G-19, Civil Intake Section
Los Angeles, CA 90012

Re: Case No. CV-09-9190 VBF (JCx)
Kambiz Batmanghelich et. al. v. Sirius XM Radio Inc. AND Stream International, Inc.; United States District Court for the Central District of California

Dear Court Clerk:

My name is Edmund F. Bandas. My current address is 200 Lake Road, #1008, Belton, Texas 76513.

I am a class member and I have already submitted my claim form. My Claim No. is 00001610 and my Control No. is 1337393349.

Objection is made to the proposed settlement as follows:

The class definition is impossibly vague, and will result in uncertainty as to who is within and without the settlement class. The problem is the language. "You are a Class Member and the Settlement could affect your legal rights if you were in California, Florida, Maryland, Nevada, or New Hampshire[.]" What does it mean to be "in" one of these Covered States? Physically located there? Possessing a phone with an area code there? Owning a phone with an area code there? A resident there?

Moreover, the class definition is fail-safe in that it defines the class in terms of an ultimate issue on the merits, namely that the caller was not informed the call was being recorded.

The settlement also unfairly discriminates against class members who are not "in California" by providing substantially less compensation to them under the settlement. It may well be that persons "in California" have stronger claims, but if that is the case, then procedural protections such as separate counsel and sub-classes should have been instituted to protect the class members not "in California." This has created a substantial conflict of interest for class counsel.

Court Clerk
Aug. 4, 2011
Page 2

Attorneys' fees are excessive under a lodestar or percentage of recovery analysis, and class counsel is not entitled to fees due to the conflict of interest set forth above.

Sincerely,

Edmund F. Bandas

cc:   **Via Federal Express**
Daniel F. Gaines, Esq.
Kenneth S. Gaines, Esq.
Gaines & Gaines, APLC
21550 Oxnard Street, Ste. 980
Woodland Hills, California 91367
*Class Counsel*

**Via Federal Express**
Edward D. Totino, Esq.
DLA Piper LLP (US)
1999 Avenue of the Stars, Ste. 400
Los Angeles, California 90067
*Attorneys for Stream International, Inc.*

**Via Federal Express**
Trenton H. Norris, Esq.
Arnold & Porter, LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111
*Attorneys for Sirius XM Radio, Inc.*