**FILED**

UNITED STATES COURT OF APPEALS

NOV 09 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAMBIZ BATMANGHELICH, on behalf of himself and all others similarly situated, and on behalf of the general public, | No. 11-56776 |
| Plaintiff - Appellee, | D.C. No. 2:09-cv-09190-VBF-JC<br>Central District of California,<br>Los Angeles |
| and | |
| SIRIUS XM RADIO, INC., a Delaware corporation; et al., | ORDER |
| Defendants - Appellees., | |
| v. | |
| MICHELLE MELTON; et al., | |
| Objectors - Appellants, | |
| DAVE DENNY, | |
| Objector. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLR/Mediation

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation