**FILED**

**NOV 10 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAMBIZ BATMANGHELICH, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>       Plaintiff - Appellee,<br><br>and<br><br>SIRIUS XM RADIO, INC., a Delaware corporation; et al.,<br><br>       Defendants - Appellees,<br><br>v.<br><br>DAVE DENNY,<br><br>       Objector - Appellant. | No. 11-56756<br><br>D.C. No. 2:09-cv-09190-VBF-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br> |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation