Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Michelle Melton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMBIZ BATMANGHELICH, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation, STREAM INTERNATIONAL INC., a Delaware corporation, and DOES 3 through 50, inclusive,<br><br>Defendants. | Case No. 09-cv-9190-VBF (JCx)<br><br>**NOTICE OF WITHDRAWAL OF MICHELLE MELTON'S OBJECTION TO PROPOSED *CY PRES* DISTRIBUTION**<br><br>Judge:  Hon. Valerie Baker Fairbank |

Objector, Michelle Melton, by and through her undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), moves this Honorable Court to approve the withdrawal of her objection (Dkt. No. 103) based on the following facts:

1. Ms. Melton made the objection in good faith based on the information in the notice of *Cy Pres* distribution.

2. Counsel for movant has communicated by telephone and email with Class Counsel regarding the withdrawal of the objection.

Therefore, Melton withdraws her objection to the *Cy Pres* distribution (Dkt. No. 103) in this matter and requests Court approval for the withdrawal of the objection.

Dated:   October 23, 2012         **LAW OFFICES OF DARRELL PALMER**

By: /s/ Joseph Darrell Palmer
         Joseph Darrell Palmer
Attorney for Objector Michelle Melton

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

_____/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Attorney for Objector